### 3526.  CENTRAL OF GEORGIA RAILWAY CO. *v.* MARSHALL.

HILL, C. J.  This is a case of certiorari, brought to review a verdict and judgment for $17, and raising only issues of fact, on which the evidence was in conflict. The judgment of the superior court, approving the verdict and overruling the certiorari, will not be disturbed.

*Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Certiorari; from Bibb superior court—Judge Felton.    June 7, 1911.

*West & Dasher,* for plaintiff in error.

*Oliver C. Hancock,* contra.